# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

GARY STUART,

   Plaintiff,

vs.

BAY AREA CREDIT SERVICE, LLC,

   Defendant.

**Civil File No. 09-00446-GAF**

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Gary Stuart, and the defendant, Bay Area Credit Service, LLC, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated:  11-14-09

By  /s/J. Mark Meinhardt
J. Mark Meinhardt, #53501
4707 College Boulevard, Suite 100
Leawood, KS 66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated:  11-14-09

By:  /s/Louis J. Wade
Louis J. Wade #29034
Mikki L. Rhoades #58969
Skelly Building, Suite 350
605 W 47th Street
Kansas City, MO 64112
(816) 960-7347 FAX (816) 753-9996
ATTORNEYS FOR DEFENDANT